United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Edward Jackson<br>4117 Wesley Chapel Rd.<br>Tifton, GA 31794 | Chapter 13<br><br>Case No. 14-71220-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $343.47 in unclaimed funds of Edward Jackson and , debtor(s).

Last Known Address (Most recent listed left to right):

Edward Jackson
4117 Wesley Chapel Rd.
Tifton, GA 31794

Dated: 4/20/2016

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee